Claggett v. Kleeman—Pet. Docket No. 74 *—denied. (No. 03–C–16–001179, Circuit Court for Baltimore County.)

Cohen v. Veolia Transp. Services—Pet. Docket No. 90 *—denied. Opinion of the Court of Special Appeals unreported (No. 199, Sept. Term, 2015)

Crockett, Timothy v. State of Maryland—Pet. Docket No. 113 *—denied. Opinion of the Court of Special Appeals unreported (No. 515, Sept. Term, 2015).

Davis, James v. State of Maryland—Pet. Docket No. 127 *—denied. Opinion of the Court of Special Appeals unreported (No. 1109, Sept. Term, 2011).

Days Auto v. Heubeck—Pet. Docket No. 8 *—denied. (No. 03–C–15–006783, Circuit Court for Baltimore County.)

Econo Van Lines v. Jackson—Pet. Docket No. 82 *—dismissed. (No. 9298–D, Circuit Court for Montgomery County.)

Evans, Antonio v. State of Maryland—Pet. Docket No. 139 *—dismissed. Opinion of the Court of Special Appeals unreported (No. 192, Sept. Term, 2015). ·

Gaines v. Montgomery Co.—Pet. Docket No. 106 *—denied. Opinion of the Court of Special Appeals unreported (No. 384, Sept. Term, 2015).

Gallinat, Jiovanni A. v. State of Maryland—Pet. Docket No. 128 *—denied. Opinion of the Court of Special Appeals unreported (No. 1084, Sept. Term, 2015).

### 138 A.3d 1262

Gibbs v. Warden, RCI–H—Pet. Docket No. 600—denied. Dismissed by the Court of Special Appeals (No. 1948, Sept. Term, 2015).

Givens, Albert Gustav v. State of Maryland—Pet. Docket No. 89 *—denied. Opinion of the Court of Special Appeals unreported (No. 895, Sept. Term, 2015).

Govan, Kendall Alonzo v. State of Maryland—Pet. Docket No. 130 *—denied. Opinion of the Court of Special Appeals unreported (No. 2127, Sept. Term, 2014).

Green, Corey M. v. State of Maryland—Pet. Docket No. 124 *—denied. Opinion of the Court of Special Appeals unreported (No. 1019, Sept. Term, 2015)

Harden, Russell Kelscoe v. State of Maryland—Pet. Docket No. 138 *—dismissed. Application for leave to appeal dismissed by the Court of Special Appeals (No. 2328, Sept. Term, 2015).

Holden, Gregory v. State of Maryland—Pet. Docket No. 126 *—denied. Opinion of the Court of Special Appeals unreported (No. 1713, Sept. Term, 2014).

Hollimon v. Barber—Pet. Docket No. 669—denied. (No. 24–C–15–004332, Circuit Court for Baltimore City.)

Howard, Erik v. State of Maryland—Pet. Docket No. 679—denied. Opinion of the Court of Special Appeals unreported (No. 2405, Sept. Term, 2014).

Hunt, Kareem Eugene v. State of Maryland—Pet. Docket No. 683—denied. Opinion of the Court of Special Appeals unreported (No. 481, Sept. Term, 2015).

---

\* September Term, 2016